

## INDUSTRIAL COMMISSION v ROGERS

Ohio Supreme Court
No 21965. Decided March 26, 1930

Kinkade, Jones, Matthias, Day and Allen, JJ., concur. Marshall, CJ., concurs in propositions one and two of the syllabus.

## CONDON et v HAZEN CONTRACTING CO

Ohio Supreme Court
No 21712. Decided March 19, 1930

## TRUMBULL CO BOARD OF EDUCATION v STATE ex VAN WYE

Ohio Supreme Court
No 21999. Decided March 26, 1930